IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) STATE OF OKLAHOMA ex rel. E. Scott Pruitt, in his official capacity as Attorney General of Oklahoma, and<br><br>(2) OKLAHOMA DEPARTMENT OF ENVIRONMENTAL QUALITY,<br><br> Plaintiffs,<br><br>v.<br><br>(1) GINA MCCARTHY, in her official capacity as Administrator of the U.S. Environmental Protection Agency, and<br>(2) U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br> Defendants. | Case No. 15-CV-369-CVE-FHM |

### Plaintiffs' Motion for a Preliminary Injunction

Pursuant to Federal Rule of Civil Procedure 65, Plaintiffs State of Oklahoma and Oklahoma Department of Environmental Quality respectfully move the Court for entry of an order preliminarily enjoining Defendants from regulating electric utility generating units under Section 111(d) of the Clean Air Act, 42 U.S.C. § 7411(d), and from taking any action in furtherance of or to enforce such regulation.

As shown in the accompanying brief in support of this motion, Plaintiffs are likely to succeed on the merits of their claim that Defendants' actions to regulate greenhouse gas emissions from existing electric utility generating units pursuant to Section 111(d) are plainly

1

unlawful; that Defendants' conduct is presently causing substantial irreparable injury to the State of Oklahoma's sovereign, quasi-sovereign, fiscal, economic, and other interests; that an injunction will not harm Defendants; and that the public interest strongly favors injunctive relief.

For those reasons, Plaintiffs respectfully request that the Court enter the requested preliminary injunction.

Dated: July 1, 2015

Respectfully submitted,

/s/ E. Scott Pruitt

DAVID B. RIVKIN, JR.*
LEE A. CASEY*
MARK W. DELAQUIL*
ELIZABETH PRICE FOLEY*
ANDREW M. GROSSMAN*
Baker & Hostetler LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, D.C. 20002
(202) 861-1731
drivkin@bakerlaw.com

*Application for admission *pro hac vice* pending

E. SCOTT PRUITT, OBA #15828
ATTORNEY GENERAL OF OKLAHOMA
PATRICK R. WYRICK, OBA #21874
SOLICITOR GENERAL
313 NE 21st Street
Oklahoma City, OK 73105
(405) 521-4396
(405) 522-0669 (facsimile)
Service email: fc.docket@oag.state.ok.us
Scott.Pruitt@oag.ok.gov

## Certificate of Service

I hereby certify that on July 2, 2015, I caused the attached motion for a preliminary injunction and brief in support thereof to be served by hand on the following:

Loretta E. Lynch
United States Attorney General
United States Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001
202-514-2000

Danny C. Williams
United States Attorney
Northern District of Oklahoma
110 W. 7th St., Ste. 300
Tulsa, OK 74119
918-382-2700

Gina McCarthy
Administrator
United States Environmental Protection Agency
1200 Penn. Ave. NW, Mail Code 1105A
Washington, D.C. 20004
202-564-7317

Courtesy copies were also sent by certified mail.

/s/ Patrick Wyrick