

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Oklahoma

| | |
|---|---|
| State of Oklahoma ex rel. E. Scott Pruitt, in his official capacity as Attorney General of Oklahoma <br> *Plaintiff* <br> v. <br> Gina McCarthy, in her official capacity as Administrator, U.S. Environmental Protection Agency <br> *Defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. 15-cv-369-CVE-FHM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Danny C. Williams
United States Attorney
Northern District of Oklahoma
110 W. 7th St., Ste. 300

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    E. Scott Pruitt, OBA #151828, Attorney General of Oklahoma, 313 NE 21st St.,
Oklahoma City, OK 73105; 405-521-4396; Service email:
fc.docket@oag.state.ok.us; Scotts.Pruitt@oag.ok.gov

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT    Phil Lombardi

Date: JUL 0 2 2015

_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Oklahoma

| | |
|---|---|
| State of Oklahoma ex rel. E. Scott Pruitt, in his official capacity as Attorney General of Oklahoma <br> *Plaintiff* <br> v. <br> Gina McCarthy, in her official capacity, Administrator, U.S. Environmental Protection Agency <br> *Defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. 15-cv-369-CVE-FHM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Loretta E. Lynch, United States Attorney General, United States Department of Justice, 950 Penn. Ave. NW, Washington, DC 20530-0001; 202-541-2000

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   E. Scott Pruitt, OBA #151828, Attorney General of Oklahoma, 313 NE 21st St., Oklahoma City, OK 73105; 405-521-4396; Service email: fc.docket@oag.state.ok.us; Scotts.Pruitt@oag.ok.gov

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT  Phil Lombardi

Date: ___JUL 0 2 2015___    _____
                                               *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Oklahoma

| | |
|---|---|
| State of Oklahoma ex rel. E. Scott Pruitt, in his official capacity as Attorney General of Oklahoma <br> *Plaintiff* <br> v. <br> Gina McCarthy, in her official capacity as Administrator, U.S. Environmental Protection Agency <br> *Defendant* | ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.   15-cv-369-CVE-FHM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Gina McCarthy, Administrator, United States Environmental Protection Agency, 1200 Penn. Ave. NW, Mail Code 1105A, Washington, DC 20004; 202-564-7317

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   E. Scott Pruitt, OBA #151828, Attorney General of Oklahoma, 313 NE 21st St., Oklahoma City, OK 73105; 405-521-4396; Service email: fc.docket@oag.state.ok.us; Scotts.Pruitt@oag.ok.gov

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   Phil Lombardi

Date:   JUL 0 2 2015

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Oklahoma

| | |
|---|---|
| State of Oklahoma ex rel. E. Scott Pruitt, in his official capacity as Attorney General of Oklahoma<br>*Plaintiff*<br>v.<br>Gina McCarthy, in her official capacity as Administrator, U.S. Environmental Protection Agency<br>*Defendant* | )<br>)<br>)<br>) Civil Action No. 15-cv-369-CVE-FHM<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States Environmental Protection Agency, 1200 Penn. Ave. NW, Mail Code 1105A, Washington, DC 20004; 202-564-7317

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  E. Scott Pruitt, OBA #151828, Attorney General of Oklahoma, 313 NE 21st St., Oklahoma City, OK 73105; 405-521-4396; Service email: fc.docket@oag.state.ok.us; Scotts.Pruitt@oag.ok.gov

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Phil Lombardi
CLERK OF COURT

Date: JUL 0 2 2015

Signature of Clerk or Deputy Clerk