# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **STATE OF OKLAHOMA ex rel.** **E. Scott Pruitt, in his official capacity as Attorney General of Oklahoma, and OKLAHOMA DEPARTMENT OF ENVIRONMENTAL QUALITY,**<br><br>          **Plaintiffs,**<br><br>v.<br><br>**GINA MCCARTHY, in her official capacity as Administrator of the U.S. Environmental Protection Agency, and U.S. ENVIRONMENTAL PROTECTION AGENCY,**<br><br>          **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     **Case No. 15-CV-0369-CVE-FHM** |

## JUDGMENT OF DISMISSAL

This matter has come before the Court and an Opinion and Order (Dkt. # 28) dismissing this case for lack of subject matter jurisdiction has been entered. Judgment of dismissal of plaintiffs' claims is hereby entered.

**DATED** this 17th day of July, 2015.

_____
CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE