IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STATE OF OKLAHOMA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>GINA MCCARTHY, *et al.*,<br><br>Defendants. | Case No. 15-CV-369-CVE-FHM |

### Notice of Appeal

Notice is hereby given that Plaintiffs State of Oklahoma and Oklahoma Department of Environmental Quality ("Oklahoma") hereby appeal to the United States Court of Appeals for the Tenth Circuit from the final judgment (Doc. No. 29) entered in this action on July 17, 2015, from the order denying Plaintiffs' motion for preliminary injunction (Doc. No. 28) of July 17, 2015, and from the order denying Plaintiffs' motion for preliminary injunction (Doc. No. 9) of July 2, 2015.

Dated: July 20, 2015

Respectfully submitted,

/s/ Andrew M. Grossman
DAVID B. RIVKIN, JR.
LEE A. CASEY
MARK W. DELAQUIL
ELIZABETH PRICE FOLEY
ANDREW M. GROSSMAN
BAKER & HOSTETLER LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, D.C. 20002
(202) 861-1731
drivkin@bakerlaw.com

E. SCOTT PRUITT, OBA #15828
ATTORNEY GENERAL OF OKLAHOMA
PATRICK R. WYRICK, OBA #21874
SOLICITOR GENERAL
313 NE 21st Street
Oklahoma City, OK 73105
(405) 521-4396
(405) 522-0669 (facsimile)
Service email: fc.docket@oag.state.ok.us
Scott.Pruitt@oag.ok.gov

*Attorneys for Plaintiffs*

## Certificate of Service

I hereby certify that on July 20, 2015, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Oklahoma by using the Court's ECF system. Service was accomplished on the following by the ECF system:

Justin David Heminger
US Department of Justice
601 D Street, N.W.
Washington, D.C. 20004-0663
202-514-2689
justin.heminger@usdoj.gov

*Attorney for Defendants*

By: /s/ Andrew M. Grossman